PAUL L. REIN (SBN 43053)
AARON M. CLEFTON (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone:  (510) 832-5001
Facsimile:   (510) 832-4787
E-mail:  *info@reincleftonlaw.com*

Attorneys for Plaintiff
LAUREL ASHLEY

JACKSON LEWIS P.C.
ERIKA M. BARBARA (SBN 215702)
EVAN M. MCBRIDE (SBN 317393)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
E-mail: *erika.barbara@jacksonlewis.com*
E-mail: *evan.mcbride@jacksonlewis.com*

Attorneys for Defendants
CLEMENTE HEREDIA dba
CARMELITA'S MEXICAN RESTAURANT and
ROSALBA HEREDIA dba
CARMELITA'S MEXICAN RESTAURANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LAUREL ASHLEY, <br><br> Plaintiff, <br><br> v. <br><br> CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT; ROSALBA HEREDIA dba CARMELITA'S MEXICAN RESTAURANT, <br><br> Defendants. | Case No. 2:23-cv-01345-JAM-AC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER** <br><br> **(L.R. 144)** |

///

///

///

1

Plaintiff Laurel Ashley ("Plaintiff") and Defendants Clemente Heredia dba Carmelita's Mexican Restaurant and Rosalba Heredia dba Carmelita's Mexican Restaurant ("Defendants") (collectively "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Defendant Rosalba Heredia dba Carmelita's Mexican Restaurant's deadline to respond to Plaintiff's Complaint [Dkt. 1] was initially August 8, 2023 [Dkt. 5];

WHEREAS, Defendant Clemente Heredia dba Carmelita's Mexican Restaurant's deadline to respond to Plaintiff's Complaint [Dkt. 1] was initially August 24, 2023 [Dkt. 6];

WHEREAS, the Parties were meeting and conferring regarding the identity of the proper defendant to be named in the action;

WHEREAS, the Parties agreed that Defendants would have an extension of time through September 5, 2023, to respond to Plaintiff's Complaint to allow time for the Parties to engage in meet and confer efforts [Dkt. 7];

WHEREAS, the Parties have reached an agreement regarding the identity of the proper defendant to be named in the action and Plaintiff intends to file an amended complaint naming the proper entity as a defendant and to dismiss the incorrectly named Defendants; and

WHEREAS, the Parties wish to continue the current deadline for Defendants to respond to Plaintiff's Complaint so that Plaintiff can amend her Complaint to name the proper entity and then dismiss the incorrectly named Defendants.

NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Local Rule 144, by and between Plaintiff and Defendants, through their undersigned counsel, that Defendants shall have an extension of time through October 5, 2023, to respond to Plaintiff's Complaint.

| | |
|---|---|
| Dated: September 1, 2023 | REIN & CLEFTON, Attorneys at Law |
| | By: /s/ Aaron M. Clefton [as authorized on 09.01.23]<br>Aaron M. Clefton<br>Attorneys for Plaintiff |
| Dated: September 1, 2023 | JACKSON LEWIS P.C. |
| | By: /s/ Evan M McBride<br>Erika M. Barbara<br>Evan M. McBride<br>Attorneys for Defendants |

# ORDER

Having considered the Parties' stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that Defendants shall have an extension of time through **October 5, 2023**, to respond to Plaintiff's Complaint.

Dated: September 05, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE