PAUL L. REIN (SBN 43053)
AARON M. CLEFTON (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone:  (510) 832-5001
Facsimile:   (510) 832-4787
E-mail: *info@reincleftonlaw.com*

Attorneys for Plaintiff
LAUREL ASHLEY

JACKSON LEWIS P.C.
ERIKA M. BARBARA (SBN 215702)
EVAN M. MCBRIDE (SBN 317393)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141
E-mail: *erika.barbara@jacksonlewis.com*
E-mail: *evan.mcbride@jacksonlewis.com*

Attorneys for Defendants
CLEMENTE HEREDIA dba
CARMELITA'S MEXICAN RESTAURANT and
ROSALBA HEREDIA dba
CARMELITA'S MEXICAN RESTAURANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAUREL ASHLEY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT;<br>ROSALBA HEREDIA dba CARMELITA'S MEXICAN RESTAURANT,<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01345-JAM-AC<br>Civil Rights<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

## **STIPULATION**

Plaintiff LAUREL ASHLEY and Defendants CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT and ROSALBA HEREDIA dba CARMELITA'S MEXICAN RESTAURANT by and through their respective attorneys, hereby jointly stipulate

1

and respectfully request that the Court order that Plaintiff be allowed to file the First Amended Complaint attached hereto as Exhibit 1.  This request is based on the following good cause:

1. Defendants have informed Plaintiff that she failed to name an indispensable party in this matter, and the Parties have agreed that Plaintiff will file an amended Complaint to add a third Defendant, the owner of the property at issue in this matter.

2. Defendants have also informed Plaintiff that the two parties she did name as Defendants are not the actual owners of the property at issue in this matter.  The Parties have agreed that once Plaintiff files the proposed amended complaint, Plaintiff will dismiss Defendants Clemente and Rosalba Heredia from this matter without prejudice.

3. The Parties believe that amending the Complaint at this juncture will assist them in minimizing litigation and allow a quicker resolution of matter.

Based on the foregoing, the parties jointly stipulate and request that the Court order Plaintiff to file the First Amended Complaint attached as Exhibit 1.

**IT IS SO STIPULATED.**

Date: September 11, 2023                              REIN & CLEFTON

    */s/ Aaron M. Clefton*
By AARON M. CLEFTON, Esq.
Attorney for Plaintiff
LAUREL ASHLEY

Date: September 9, 2023                               JACKSON LEWIS P.C.

    */s/ Erika M. Barbara*
By ERIKA M. BARBARA, Esq.
    EVAN M. McBRIDE, Esq.
Attorney for Defendants
CLEMENTE HEREDIA dba
CARMELITA'S MEXICAN
RESTAURANT and
ROSALBA HEREDIA dba CARMELITA'S
MEXICAN RESTAURANT

**ORDER**

GOOD CAUSE BEING SHOWN, it is so ORDERED. Plaintiff will file the First Amended Complaint no later than one (1) week after the date of this Order.

Dated: September 14, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE