PAUL L. REIN (SBN 43053)
AARON M. CLEFTON (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone: (510) 832-5001
Facsimile: (510) 832-4787
E-mail: *info@reincleftonlaw.com*

Attorneys for Plaintiff
LAUREL ASHLEY

JACKSON LEWIS P.C.
ERIKA M. BARBARA (SBN 215702)
EVAN M. MCBRIDE (SBN 317393)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
E-mail: *erika.barbara@jacksonlewis.com*
E-mail: *evan.mcbride@jacksonlewis.com*

Attorneys for Defendants
CARMELITA'S ROSEVELLIE, INC; CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT and ROSALBA HEREDIA dba CARMELITA'S MEXICAN RESTAURANT

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LAUREL ASHLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CARMELITA'S ROSEVELLIE, INC;<br>CLEMENTE HEREDIA dba<br>CARMELITA'S MEXICAN<br>RESTAURANT;<br>ROSALBA HEREDIA dba<br>CARMELITA'S MEXICAN<br>RESTAURANT,<br><br>        Defendants. | CASE NO. 2:23-cv-01345-JAM-AC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT AND ROSALBA HEREDIA dba CARMELITA'S MEXICAN RESTAURANT WITHOUT PREJUDICE** |

## **STIPULATION**

Plaintiff LAUREL ASHLEY and Defendants CARMELITA'S ROSEVILLE, INC.;

1

1  CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT and ROSALBA
2  HEREDIA dba CARMELITA'S MEXICAN RESTAURANT by and through their respective
3  attorneys, hereby jointly stipulate and respectfully request that the Court dismiss the above-
4  entitled action as to and against Defendants CLEMENTE HEREDIA dba CARMELITA'S
5  MEXICAN RESTAURANT and ROSALBA HEREDIA dba CARMELITA'S MEXICAN
6  RESTAURANT pursuant to FRCP 41(a).  The Parties request this dismissal be entered without
7  prejudice.

   The Parties request that the Court allow the case to continue against Defendant
   CARMELITA'S ROSEVILLE, INC.

**IT IS SO STIPULATED.**

Date: October 3, 2023                    REIN & CLEFTON

                                         ___/s/ Aaron M. Clefton___
                                         By AARON M. CLEFTON, Esq.
                                         Attorney for Plaintiff
                                         LAUREL ASHLEY


Date: October 3, 2023                    JACKSON LEWIS P.C.


                                         ___/s/ Erika M. Barbara___
                                         By ERIKA M. BARBARA, Esq.
                                             EVAN M. McBRIDE, Esq.
                                         Attorney for Defendants
                                         CARMELITA'S ROSEVILLE, INC,;
                                         CLEMENTE HEREDIA dba
                                         CARMELITA'S MEXICAN
                                         RESTAURANT and
                                         ROSALBA HEREDIA dba CARMELITA'S
                                         MEXICAN RESTAURANT

**ORDER**

GOOD CAUSE BEING SHOWN, it is so ORDERED. Defendants CLEMENTE HEREDIA dba CARMELITA'S MEXICAN RESTAURANT and ROSALBA HEREDIA dba CARMELITA'S MEXICAN RESTAURANT <u>only</u> are **DISMISSED** from this matter without prejudice.

Dated: October 04, 2023              /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER TO DISMISS CERTAIN DEFENDANTS
CASE NO. 2:23-cv-01345-JAM-AC