PAUL L. REIN (SBN 43053)
AARON M. CLEFTON (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA 94612
Telephone:  (510) 832-5001
Facsimile:  (510) 832-4787
E-mail:  *info@reincleftonlaw.com*

Attorneys for Plaintiff
LAUREL ASHLEY

JACKSON LEWIS P.C.
ERIKA M. BARBARA (SBN 215702)
EVAN M. MCBRIDE (SBN 317393)
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
E-mail:  *erika.barbara@jacksonlewis.com*
E-mail:  *evan.mcbride@jacksonlewis.com*

Attorneys for Defendants
CARMELITA'S ROSEVILLE, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL ASHLEY,<br><br>Plaintiff,<br><br>v.<br><br>CARMELITA'S ROSEVILLE, INC.,<br><br>Defendant. | Case No. 2:23-cv-01345-JAM-AC<br>Civil Rights<br><br>**STIPULATION DISMISSING CASE WITH PREJUDICE; ORDER (ECF 16)**<br><br>Action Filed: July 10, 2023 |

**STIPULATION**

Plaintiff LAUREL ASHLEY ("Plaintiff") and Defendant CARMELITA'S ROSEVILLE, INC. ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

1  **IT IS SO STIPULATED.**

2

3  Dated:  February 5, 2024                              REIN & CLEFTON

4
                                                          /s/ Aaron M. Clefton
5                                                        By:  AARON M. CLEFTON, ESQ.
                                                         Attorneys for Plaintiff
6                                                        LAUREL ASHLEY

7

8  Dated:  February 5, 2024                              JACKSON LEWIS P.C.

9
                                                          /s/ Erika M. Barbara
10                                                       By:  ERIKA M. BARBARA, Esq.
                                                         EVAN M. McBRIDE, Esq.
11                                                       Attorney for Defendants
                                                         CARMELITA'S ROSEVILLE, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the stipulation of the parties and for good cause shown, the above-captioned action is **DISMISSED** with prejudice in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii).  Each side shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 07, 2024          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE